IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR–13–30–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| PAUL WENCEWICZ, SCOTT LONG, STEVE HUMISTON, PHILLIP MORRIS, TONY BRONSON, JEFFREY WOOLEY, CHARLES CROSBY, JOHN JOHNSON, JOSEPH PURIFICATO, JEFFREY NOENING, IAN NOSEK, JOSHUA PETERSEN, STEVEN GROVO, and ROBERT KRISE, | |
| Defendants. | |

On June 23, 2016, the United States Court of Appeals for the Ninth Circuit issued an opinion in this case vacating the restitution order and remanding to allow for disaggregation of the portion of the victim's losses consistent with the rule announced in *United States v. Galan*, 804 F.3d 1287 (9th Cir. 2015). *United States v. Grovo*, 826 F.3d 1207 (9th Cir. 2016); *see also* Doc. 806. On July 5, 2016, the United States informed this Court that the only victim to receive restitution in this case has withdrawn her request for restitution, and that no further restitution will be sought. (Doc. 809.) On October 7, 2016, the Mandate was

issued. (Doc. 812.)

IT IS ORDERED that the Clerk of Court is directed to notify the Bureau of Prisons that the Ninth Circuit Court of Appeal has vacated the portion of the Defendants' judgments providing for restitution.

DATED this 16th day of November, 2016.

Donald W. Molloy, District Judge
United States District Court